GO11-10(b)) / RC    /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Christopher Oliver                          CASE NO:   3:10-bk-11238 E
                                                                Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 07/08/2010 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 07/08/2010.

IT IS SO ORDERED.


Date: 09/13/2010                                    /s/   Audrey R. Evans
                                                    Audrey R. Evans
                                                    U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Davis Loftin
      310 Mid Continent Pl Ste 360
      West Memphis, AR  72301

      Christopher Oliver
      752 W. Mcauley Drive
      West Memphis, AR  72301

      All Creditors